**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In  re:   Toni Marie Basulto                                    Case No.: 22-15936-RAM

                                                                      Chapter 13

_____Debtor(s)_____/

### RENEWED[1] OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

     **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

     **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

     **If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

     **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

☐   301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 11 | LVNV Funding, LLC | $448.21 |

Basis for Objection and Recommended Disposition

---

[1] Renewed to reflect correct claim number.

On or about 10/6/2022, Creditor filed a general unsecured proof of claim in the amount of $448.21 for a Credit Card  account ending in 4697. This claim is barred by the statute of limitations since it was last active on or about 2001. Debtor requests this claim be stricken and disallowed in its entirety.

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of the foregoing was sent on <u>April 4, 2023</u> electronically to Nancy K. Neidich, Trustee and mailed via U.S. First-Class Mail, unless otherwise noted, to:

Resurgent Capital Services                          LVNV Funding, LLC
c/o Lorel Thompson, Claims Proc.                    c/o Faliero, Bryan
PO Box 10587                                        55 Beattie Place, Suite 110
Greenville, SC 29603-0587                           Greenville, SC 29601

LVNV Funding, LLC
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

## CERTIFICATE OF ADMISSION

    **I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the

Southern District of Florida and I am in compliance with the additional qualifications to practice in this

Court set forth in Local Rule 2090-1(A).

                         Respectfully Submitted:
                         **JOSE A. BLANCO, P.A.**
                         By: _/s/ Jose A. Blanco_  |        FBN: 062449
                         Attorney for Debtor(s)
                         102 E 49th ST
                         Hialeah, FL 33013
                         Tel. (305) 349-3463

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).